**No. 64516.**—Chester K. Stoner *v.* United States, protests 59/14579, 58/18131, and 59/14584 (Laredo).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of carrizo baskets the same in all material respects as those the subject of *Chester K. Stoner* v. *United States* (42 Cust. Ct. 178, C.D. 2083), that claim of the plaintiff was sustained.

**No. 64517.**—American Customs Brokerage Co. and International Factors, Ltd., et al. *v.* United States, protests 58/25326, etc. (Honolulu).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D. 2023), the claim of the plaintiffs was sustained.

**No. 64518.**—Frank P. Dow Co., Inc., and R. C. C. Trading Co. et al. *v.* United States, protests 59/17838, etc. (Los Angeles).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the merchandise consists of Shoji panels similar in all material respects to those the subject of *United Enterprises et al.* v. *United States* (41 Cust. Ct. 73, C.D 2023), the claim of the plaintiffs was sustained.

**No. 64519.**—Miya Co., Inc. *v.* United States, protests 59/23060 and 59/30237 (New York).